# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| GEORGE RISHELL, on his own behalf and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION, a Foreign Profit Corporation.<br>Defendant. | Case No. 6:13-CV-213-ORL-28-GJK |

## PLAINTIFF'S NOTICE OF NON-OPPOSITION
## TO COURT'S REPORT AND RECOMMENDATIONS

Plaintiff, GEORGE RISHELL, hereby gives this court notice that he does not oppose to the Court's Report and Recommendation, [D.E. 38] regarding Defendant's Motion to Transfer for Forum Non Conveniens [DE 26].

Dated: July 29, 2013.

        Respectfully Submitted,

        /s/ ANGELI MURTHY
        Angeli Murthy, Esquire
        FL Bar No.:  088758
        MORGAN & MORGAN, P.A.
        600 N. Pine Island Road, Ste. 400
        Plantation, FL 33324
        Tel: 954-318-0268
        Fax: 954-333-3515
        E-mail: Amurthy@forthepeople.com

        Trial Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 29th day of July, 2013, which I understand will send a notice of same to counsel of record for Defendant.

/s/ **ANGELI MURTHY**
Angeli Murthy, Esq.